# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| ANDREA TUMBLESON, <br> *Plaintiff* <br> v. <br> LAKOTA LOCAL SCHOOL DISTRICT, et al., <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 1:23-cv-395 <br> ) <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Court GRANTS Lakota's Motion for Summary Judgment (Doc. 23), and therefore DENIES Tumbleson's Motion for Partial Summary Judgment (Doc. 24).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Douglas R. Cole.

Date:   6/30/25

CLERK OF COURT

*Melissa Saddler* (signature)

Signature of Clerk or Deputy Clerk